Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.:  16−14556−JKS
        Chapter:  7
        Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Christopher B. Cantrell
   aka Christopher Bryan Cantrell, aka Bryan
   Cantrell, aka C. Bryan Cantrell
   92 Burnett Avenue, Apt. 410
   Maplewood, NJ 07040

Social Security No.:
   xxx−xx−0502

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Eric R. Perkins is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>June 8, 2017</u>        <u>John K. Sherwood</u>
                                     Judge, United States Bankruptcy Court